UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

HEARING: R5 CASE #: 17CR289

-VS-

DATE: 1/3/18 TIME: 3:00pm

TYPE: FTR RECORDER DEPUTY CLERK: T. FITZGERALD

Rajesh Kothary

COUNSEL FOR THE UNITED STATES: M. Burke

COUNSEL FOR THE DEFENDANT: L. Manning

INTERPRETER: LANGUAGE:

( X ) DEFENDANT APPEARED: ( X ) WITH COUNSEL ( ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) COURT TO APPOINT COUNSEL ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( ) EXHIBIT # ADMITTED

( ) PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( )DFT. DENIES VIOLATION ( )COURT FINDS DFT. IN VIOLATION

MINUTES: USA does not seek detention; Deft. requests release on Bond w/conditions - Granted.

**CONDITIONS OF RELEASE:**
($200,000 ) UNSECURED ($ ) SECURED ( X ) PTS ( ) 3RD PARTY ( X ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( X ) FIREARM ( X ) PASSPORT ( X ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
( ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: 1/8/18 at 10:00Am Before Brinkema (Arraignment)
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) R5