IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:17-cr-289 (LMB) |
| ) | |
| RAJESH H. KOTHARY ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

On October 31, 2019, the Court received the sad news from the Bureau of Prisons that the defendant, who was scheduled for release on November 24, 2019, died on October 29, 2019, apparently of natural causes. He was sentenced on June 15, 2018 to 15 months incarceration to be followed by three years of supervised release. Given his passing, it is hereby

ORDERED that this criminal case be closed.

The Clerk is directed forward copies of this Order to counsel of record and the United States Probation Office.

Entered this 1st day of November, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge